# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **DMITRY ZINGER, individually and on behalf of all others similarly situated,** <br><br> *Plaintiff* <br><br> v. <br><br> **ARA AVAKIAN** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:25-CV-00031-WCG <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Daniel Benavides, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Ara Avakian in Los Angeles County, CA on June 2, 2025 at 11:17 am at 2101 Ashington Dr, Glendale, CA 91206 by personal service by handing the following documents to an individual identified as Ara Avakian.

Summons In A Civil Action, Plaintiff's First Amended Class Action Complaint

Additional Description:
Confirmed subject identity by subject replying yes when named, served at location provided 2101 Ashington Dr. Glendale, CA 91206

Middle Eastern Male, est. age 45-54, glasses: N, Black hair, 220 lbs to 240 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=34.1655894,-118.2198071
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Proof Job #1000446   Case 2:25-cv-00031-WCG   Filed 06/03/25   Page 1 of 6   Document 9
2:25-cv-00031-WCG                                                                          Page 1

Executed in  Los Angeles County    ,  
    CA    on    6/3/2025    .

/s/ *Daniel Benavides*
_____
Signature
Daniel Benavides
+1 (323) 910-5708





Exhibit 1b)



