UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DMITRY ZINGER, individually and
on behalf of all others similarly situated,

        Plaintiff,

        v.                            Case No. 25-C-31

ARA AVAKIAN,

        Defendant.

---

## NOTICE

---

       Notice is hereby given that the court will dismiss this action 21 days from the date of this notice pursuant to Civil L.R. 41(b) (E.D. Wis.), which provides that:

> In all cases in which a defendant has failed to file an answer or otherwise defend within 6 months from the filing of the complaint and the plaintiff has not moved for a default judgment, the Court may on its own motion, after 21 days' notice to the attorney of record for the plaintiff, or to the plaintiff if pro se, enter an order dismissing the action for lack of prosecution. Such dismissal must be without prejudice.

       This case was filed on January 7, 2025. Service was accomplished on June 2, 2025, as evidenced by the summons returned executed filed with the court on June 3, 2025. Six months have elapsed since the filing of the complaint, yet to date neither an answer nor a motion for default judgment has been filed. If the parties are attempting to informally resolve the case or, for other reasons, need an extension of time, they should file an appropriate motion. Otherwise, the case will be dismissed within the time stated.

       Dated at Green Bay, Wisconsin this 28th day of July, 2025.

                                                    s/ William C. Griesbach
                                                    WILLIAM C. GRIESBACH
                                                    United States District Judge