IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DMITRY ZINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ARA AVAKIAN<br><br>Defendant. | Case No. 2:25-cv-00031-WCG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Jessica Murch hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

RESPECTFULLY SUBMITTED AND DATED this 5th day of August, 2025.

                                      */s/ Anthony Paronich*
                                      Anthony Paronich
                                      Email: anthony@paronichlaw.com
                                      PARONICH LAW, P.C.
                                      350 Lincoln Street, Suite 2400
                                      Hingham, MA 02043
                                      Telephone: (617) 485-0018
                                      Facsimile: (508) 318-8100